**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Juliana Hinckley Crane aka Julie Little<br>Benjamin Walton Little<br>aka Benjamin Walton Little, Sr.<br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 20-12869 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                                Respectfully submitted,
                                                **/s/ Rebecca A. Solarz Esquire**
                                                Rebecca A Solarz, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322