United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-12869-pmm
Benjamin Walton Little     Chapter 7
Juliana Hinckley Crane
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Oct 23, 2020     Form ID: 318     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benjamin Walton Little, Mailing Address, PO BOX 21674, Lehigh Valley, PA 18002-1674 |
| db | + | Benjamin Walton Little, 537 Timothy Drive, Bethlehem, PA 18017-2448 |
| jdb | + | Juliana Hinckley Crane, Mailing Address, PO BOX 21674, Lehigh Valley, PA 18002-1674 |
| jdb | + | Juliana Hinckley Crane, 537 Timothy Drive, Bethlehem, PA 18017-2448 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14516604 | | Cube Smart Connecticut, 1055 West Main St, New Britain, CT 06053 |
| 14516605 | + | Cube Smart Pennsylvania, 2001 Union Blvd, Allentown, PA 18109-1631 |
| 14516607 | + | FNB Omaha, PO BOX 3412, Omaha, NE 68103-0412 |
| 14516608 | | HSBC Bank, PO BOX 9, Buffalo, NY 14203 |
| 14516612 | | Nationstar Mortgage LLC a/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Dallas, TX 75063 |
| 14516615 | + | New Res-Shellpoint MTG, 55 Beattie Pl, Ste 110, Greenville, SC 29601-5115 |
| 14516617 | + | Peoples United Bank, PO BOX 3180, Pittsburgh, PA 15230-3180 |
| 14516618 | + | Regions Bank/Greensky, 1797 N. East Expy NE, Brookhaven, GA 30329-7803 |
| 14516619 | + | St Lukes, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 14516621 | + | US Bank/Elan Finl SVCS, PO BOX 108, Saint Louis, MO 63166-0108 |
| 14516623 | | Westgate Condominium Association, c/o Imagineers LLC, Farmington Ave, Hartford, CT 06105 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Oct 23 2020 16:53:00 | LYNN E. FELDMAN, Feldman Law Offices PC, 221 N. Cedar Crest Blvd., Allentown, PA 18104-4603 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 23 2020 13:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 23 2020 13:03:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14516599 | + | EDI: AMEREXPR.COM | Oct 23 2020 16:53:00 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 14516600 | | EDI: BANKAMER.COM | Oct 23 2020 16:53:00 | Bank Of America, PO BOX 982238, El Paso, TX 79998 |
| 14516601 | + | EDI: CAPITALONE.COM | Oct 23 2020 16:53:00 | Capital One, PO BOX 30285, Salt Lake City, UT 84130-0285 |
| 14516602 | + | EDI: CITICORP.COM | Oct 23 2020 16:53:00 | Citi Cards/Citibank, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 14516603 | + | EDI: CITICORP.COM | | |

Case 20-12869-pmm    Doc 25    Filed 10/25/20    Entered 10/26/20 01:38:11    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 318 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 23 2020 16:53:00 | Citicards/Citibank, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 14516606 | | EDI: DISCOVER.COM | Oct 23 2020 16:53:00 | Discover Financial Services, PO BOX 15316, Wilmington, DE 19850 |
| 14516609 | | EDI: JPMORGANCHASE | Oct 23 2020 16:53:00 | JPMCB Auto, PO Box 901003, Fort Worth, TX 76101 |
| 14516611 | | EDI: JPMORGANCHASE | Oct 23 2020 16:53:00 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850 |
| 14516610 | | EDI: JPMORGANCHASE | Oct 23 2020 16:53:00 | JPMCB card, PO BOX 15369, Wilmington, DE 19850 |
| 14516613 | + | EDI: NAVIENTFKASMSERV.COM | Oct 23 2020 16:53:00 | Navient, PO BOX 9500, Wilkes Barre, PA 18773-9500 |
| 14516614 | + | EDI: NFCU.COM | Oct 23 2020 16:53:00 | Navy Federal Credit union, PO BOX 3700, Merrifield, VA 22119-3700 |
| 14516616 | + | Email/Text: bkrgeneric@penfed.org | Oct 23 2020 13:02:00 | Pentagon FCU, PO BOX 1432, Alexandria, VA 22313-1432 |
| 14516620 | + | EDI: RMSC.COM | Oct 23 2020 16:53:00 | SYNCB/JP, PO BOX 965007, Orlando, FL 32896-5007 |
| 14516622 | + | EDI: USAA.COM | Oct 23 2020 16:53:00 | USAA Savings Bank, PO BOX 33009, San Antonio, TX 78265-3009 |
| 14516624 | + | EDI: WFFC.COM | Oct 23 2020 16:53:00 | WF CRD SVC, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Joint Debtor Juliana Hinckley Crane claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Benjamin Walton Little claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 23, 2020 | Form ID: 318 | Total Noticed: 38 |

LYNN E. FELDMAN
    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

REBECCA ANN SOLARZ
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Benjamin Walton Little** | Social Security number or ITIN **xxx–xx–6728** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Juliana Hinckley Crane** | Social Security number or ITIN **xxx–xx–1793** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **20–12869–pmm** | | |

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Benjamin Walton Little                                      Juliana Hinckley Crane
aka Benjamin Walton Little Sr.                       aka Julie Little

10/22/20                                                                **By the court:**  Patricia M. Mayer
                                                                                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**