IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 20-12869pmm |
| BENJAMIN WALTON LITTLE and JULIANA HINCKLEY CRANE<br>Debtor, | Chapter 7 |
| WESTGATE CONDOMINIUM ASSOCIATION<br>Movant,<br>v. | **MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR LEAVE TO PROCEED FOR NON-PAYMENT OF HOMEOWNER ASSOCIATION FEES, IN REM.**<br><br>Filed on behalf of Westgate Condominium Association |
| BENJAMIN WALTON LITTLE and JULIANA HINCKLEY CRANE<br>Respondent. | **Hearing scheduled on: 11/24/20**<br>**Time:10:00 a.m.**<br>**USBC**<br>**Fourth Floor**<br>**Gateway Building**<br>**201 Penn Street**<br>**Reading, PA 19601** |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR LEAVE TO PROCEED IN REM

Everett Cook, Esquire, counsel for Movant, has filed a Motion for Relief from Automatic Stay and for Leave to Proceed In Rem.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the Motion, then on or before Wednesday November 18, 2020, you or your attorney must do ALL of the following:

(a) file an answer explaining your position at:

United States Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA, 19601. If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

    (b)  mail a copy to the Movants' attorney:

        Everett Cook, Esquire

        2309 MacArthur Road

        Whitehall, PA 18052

        610-351 3566

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.  A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge, on **Tuesday, November 24, 2020, at  10:00 A.M.** in 201 Penn Street, Suite 103, Reading, PA 19601

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  November 28, 2020