**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Benjamin Walton Little and
Juliana Hinckley Crane, : Chapter 7
:
Debtors : Bky. No. 20-12869 PMM

## O R D E R

**AND NOW,** upon consideration of West Condominium Association's Motion for Relief from Stay filed October 28, 2020 (doc. no. 27, the "Motion");

**AND** the Debtors having received a bankruptcy discharge on October 22, 2020 (doc. no. 25);

**AND** this case having been closed by Order dated October 27, 2020 (doc. no. 26);

**AND** the automatic stay terminating upon entry of discharge. See, e.g., In re Carnegie, — B.R. ----, 2020 WL 5887541, at *5 (Bankr. M.D.N.C. Sep. 29, 2020);

It is hereby **ORDERED** that the Motion is **DENIED AS MOOT**.

Date: October 29, 2020

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE