United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-12869-pmm
Benjamin Walton Little     Chapter 7
Juliana Hinckley Crane
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Adminstra     Page 1 of 2
Date Rcvd: Oct 29, 2020     Form ID: pdf900     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benjamin Walton Little, Mailing Address, PO BOX 21674, Lehigh Valley, PA 18002-1674 |
| db | + | Benjamin Walton Little, 537 Timothy Drive, Bethlehem, PA 18017-2448 |
| jdb | + | Juliana Hinckley Crane, Mailing Address, PO BOX 21674, Lehigh Valley, PA 18002-1674 |
| jdb | + | Juliana Hinckley Crane, 537 Timothy Drive, Bethlehem, PA 18017-2448 |
| cr | + | Westgate Condominium Assocaition, 27 Carillon Drive #A, Rocky Hill, CT 06067-2501 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:

**Name     Email Address**

CHARLES LAPUTKA
   on behalf of Debtor Benjamin Walton Little claputka@laputkalaw.com
   jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES LAPUTKA
   on behalf of Joint Debtor Juliana Hinckley Crane claputka@laputkalaw.com
   jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

JOHN EVERETT COOK
   on behalf of Creditor Westgate Condominium Assocaition bankruptcy@everettcooklaw.com G29494@notify.cincompass.com

District/off: 0313-4     User: Adminstra     Page 2 of 2
Date Rcvd: Oct 29, 2020     Form ID: pdf900     Total Noticed: 5

LYNN E. FELDMAN
    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

REBECCA ANN SOLARZ
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Benjamin Walton Little and** | | |
| **Juliana Hinckley Crane,** | : | Chapter 7 |
| | : | |
| **Debtors** | : | Bky. No. 20-12869 PMM |

## O R D E R

**AND NOW,** upon consideration of West Condominium Association's Motion for Relief from Stay filed October 28, 2020 (doc. no. 27, the "Motion");

**AND** the Debtors having received a bankruptcy discharge on October 22, 2020 (doc. no. 25);

**AND** this case having been closed by Order dated October 27, 2020 (doc. no. 26);

**AND** the automatic stay terminating upon entry of discharge. See, e.g., In re Carnegie, — B.R. ----, 2020 WL 5887541, at *5 (Bankr. M.D.N.C. Sep. 29, 2020);

It is hereby **ORDERED** that the Motion is **DENIED AS MOOT**.

*Patricia M. Mayer*

**Date: October 29, 2020**

          **PATRICIA M. MAYER**
          **U.S. BANKRUPTCY JUDGE**